IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOHNATHAN L. ROBERTS, | ) |
| Plaintiff, | ) |
| v. | ) CV 319-058 |
| DONNA THOMPKINS; JOHN TD A. RR; and MUSCOGEE COUNTY SHERIFF, | ) |
| Defendants. | ) |

**ORDER**

Plaintiff filed this case in the Southern District of Georgia even though the named defendants are located in Muscogee County, Georgia, and the events in Plaintiff's complaint allegedly occurred in Muscogee County. (See doc. no. 1.) Because Muscogee County is in the Middle District of Georgia, the proper venue is the Columbus Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Columbus Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 30th day of July, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE